In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-05-052 CR


____________________



KRISTOFF JAMELL GROGAN, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the 252nd District Court


Jefferson County, Texas


Trial Cause No. 88343






 MEMORANDUM OPINION 


 Appellant Kristoff Jamell Grogan pled guilty to aggravated robbery, and the jury
assessed punishment at twenty years of imprisonment and a $10,000.00 fine. See Tex. Pen.
Code Ann. § 29.03(a)(2) (Vernon 2003).

 Grogan's appellate counsel filed a brief that presents counsel's professional evaluation
of the record and concludes the appeal is frivolous. See Anders v. California, 386 U.S. 738,
87 S.Ct. 1396, 18 L.Ed.2d 493 (1967); High v. State, 573 S.W.2d 807 (Tex. Crim. App.
1978). On June 15, 2006, we granted an extension of time for Grogan to file a pro se brief. 
We received no response from the appellant.

 We reviewed the appellate record, and we agree with counsel's conclusion that no
arguable issues support an appeal. Therefore, we find it unnecessary to order appointment
of new counsel to re-brief the appeal. Compare Stafford v. State, 813 S.W.2d 503, 511 (Tex.
Crim. App. 1991). The judgment is affirmed. (1)

 AFFIRMED.

 ____________________________

 HOLLIS HORTON

 Justice

 

Submitted on September 26, 2006

Opinion Delivered October 4, 2006

Do Not Publish


Before Gaultney, Kreger, and Horton, JJ.
1. Appellant may challenge our decision in this case by filing a petition for discretionary
review. See Tex. R. App. P. 68.